IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 31 2014

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA For
The use of BROWN MINNEAPOLIS TANK CO.,

    Plaintiff

v.

KINLEY CONSTRUCTION
COMPANY, and

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendants

CIVIL NO. 11-291 JB/LAM

*CONSOLIDATED WITH*

KINLEY CONSTRUCTION
COMPANY,

    Plaintiff,

v.

BROWN MINNEAPOLIS TANK COMPANY

    Defendant

CIVIL NO. 11-705-JB/LAM

## ORDER GRANTING JOINT MOTION TO DISMISS

Came on for consideration the Joint Motion to Dismiss filed by BROWN-MINNEAPOLIS TANK COMPANY, KINLEY CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and CONTINENTAL CASUALTY COMPANY. Upon consideration of the agreement of the parties as set forth in the Joint Motion, the court finds that the relief requested is due. Accordingly, it hereby is

**ORDERED** that the Joint Motion is GRANTED and that the above entitled and numbered cause be and the same is hereby finally dismissed with full prejudice to all of the rights of BROWN-MINNEAPOLIS TANK COMPANY against KINLEY CONSTRUCTION COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, full prejudice as to all of the rights of KINLEY CONSTRUCTION COMPANY against BROWN-MINNEAPOLIS TANK COMPANY, and full prejudice as to all of the rights of CONTINENTAL CASUALTY COMPANY against BROWN-MINNEAPOLIS TANK COMPANY, with each party to bear their own costs.

_____
UNITED STATES DISTRICT JUDGE