IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for the use
of BROWN MINNEAPOLIS TANK CO.

       Plaintiff,

vs.                                                                                                         No. CIV 11-0291 JB/LAM

KINLEY CONSTRUCTION COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

       Defendants,

vs.

CONTINENTAL CASUALTY COMPANY,

       Third-Party Defendant,

and

KINLEY CONSTRUCTION COMPANY,

       Plaintiff,

vs.                                                                                                      No. CIV 11-0705 JB/LAM

BROWN MINNEAPOLIS TANK COMPANY,

       Defendant.

## **FINAL JUDGMENT**

       **THIS MATTER** comes before the Court on the Order Granting Joint Motion to Dismiss, filed July 31, 2014 (Doc. 69 in No. CIV 11-0291 JB/LAM). The Court's Order Granting Joint Motion to Dismiss granted the parties' Joint Motion to Dismiss, filed July 31, 2014 (Doc. 68 in No. CIV 11-0291 JB/LAM), in which "all the parties [agreed that] . . . this suit should be

- 2 -

dismissed in its entirety with full prejudice as to all claims asserted." Joint Motion to Dismiss at 1-2. Because the Court's Order Granting Joint Motion to Dismiss dismissed all claims and parties, the Court enters final judgment in both No. CIV 11-0291 JB/LAM and No. CIV 11-0705 JB/LAM.

**IT IS ORDERED** that all claims and parties are dismissed, and final judgment is entered in both No. CIV 11-0291 JB/LAM and No. CIV 11-0705 JB/LAM.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Patrick J. Hart
David P. Gorman
Sheehan Sheehan & Stelzner, PA
Albuquerque, New Mexico

--and--

Joseph F. Clevelant, Jr.
Richard H. Gateley
Brackett & Ellis, PC
Fort Worth, Texas

    *Attorneys for Brown Minneapolis Tank Company*

Thomas G. Gruenert
Gibson ~ Gruenert, PLLC
Pearland, Texas

--and--

David J. Drez, III
David G. Gamble
Seema Tendolkar
Wick Phillips Gould & Martin LLP
Fort Worth, Texas

--and--

- 3 -

David H. Thomas, III
Dave Thomas & Associates, PC
Albuquerque, New Mexico

--and--

Paul D. Gibson
Donald H. Knecht, Jr.
Lafayette, Louisiana

>   *Attorneys for Kinley Construction Company and Travelers Casualty and Surety Company of America*

Claudia F. Frey
Colliau Carluccio Kenner Morrow Peterson & Parsons
Dallas, Texas

--and--

Patrick D. Allen
Yenson, Allen & Wosick, PC
Albuquerque, New Mexico

>   *Attorneys for Third-Party Defendant Continental Casualty Company*